From: Schlanger & Schlanger Fax: (914) 947-1981    To: 9143904298@rcfax.com    Fax: +19143904298    06/27/12 Page 2 of 2    6/26/2012 4:18

Case 7:11-cv-09625-ER   Document 15   Filed 06/27/12   Page 1 of 1

# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981 FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
*ADMITTED IN NY & OH

MANHATTAN OFFICE
9 East 40th Street, Suite 1300
New York, New York 10016

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
*ADMITTED IN NY & MA

June 26, 2012

VIA FAX (914-390-4298)

Hon. Edgardo Ramos
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

The application is ✓ granted.
___ denied.

Edgardo Ramos, U.S.D.J.
Dated: June 27, 2012
White Plains, New York

Re:     *Paz v. Rubin & Rothman, LLC, et al.*
Index:  11-cv-9625 (ER)
Our File: 30935

Your Honor:

My firm, along with co-counsel, Fishman & Malon, LLP, represents Plaintiff in the above referenced FDCPA class action.

This matter was settled, on the record, at the court conference held on 5/29/12. By Order dated 6/13/12, Your Honor extended the parties time to submit a proposed settlement agreement and all supporting papers (including, e.g. proposed conditional and final orders) to today, June 26th.

On June 7th, I forwarded opposing counsel, Mr. Arleo, a proposed draft of the settlement agreement, and on June 11th, I forwarded him the other relevant proposed documents. Although I had some brief communications with Mr. Arleo regarding clarification of minor aspects of the settlement shortly thereafter, I have not received back any mark-up, nor approval of the drafts, to date.

As I understand it from the 5/29/12 court conference, Mr. Arleo was to be married this past Saturday (June 23rd). Plaintiff respectfully requests that the deadline to submit the proposed documents be extended one final time, to July 23rd. I have contacted opposing counsel by voicemail and email, informing him that I would make this application to the court and informing him that -- having made the mistake of drafting a brief in a hotel lobby during my own honeymoon -- I was not expecting a response from him prior to this letter's submission.

Respectfully,

Daniel A. Schlanger

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/2012

Robert Arleo, Esq. (Counsel for Defendants)
James Fishman, Esq. (Co-Counsel for Plaintiff)