# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981 FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
*ADMITTED IN NY & OH

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
*ADMITTED IN NY & MA

MANHATTAN OFFICE
9 East 40th Street, Suite 1300
New York, New York 10016

The application is  X granted.
                   __ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: July 23, 2012
White Plains, New York

July 23, 2012

VIA FAX (914-390-4298)

Hon. Edgardo Ramos
United States District Court, SDNY
300 Quarropas St.
White Plains, NY 10601-4150

> Re:       Paz v. Rubin & Rothman, LLC, et al.
> Index:    11-cv-9625 (ER)
> Our File: 30935

Your Honor:

My firm, along with co-counsel, Fishman & Malon, LLP, represents Plaintiff in the above referenced FDCPA class action. I write to update the Court regarding the status of this matter and, in light of representations made by counsel for Defendants, to request one final extension of the deadline to file all settlement documents.

All proposed settlement documents in this matter were originally to be submitted on or before June 12, 2012. That deadline was subsequently extended by the Court to June 26th, in order to give the parties additional time to finalize all documents and in order to give Defendant Rubin & Rothman, LLC additional time to provide certified financials and a list of class members (including the state court collection cases in which the class members have been sued), provision of which was a condition to settlement.

On June 27th, the Court granted a further extension to the parties, setting the deadline for today, July 23rd (Docket #11). To date, Defendants have provided Plaintiff with certified financials, but have not provided the list of class members. Moreover, Defendants have not approved or proposed additional edits to the settlement documents Plaintiff has drafted. Specifically, on July 5th, counsel for the parties held a telephone conference at which counsel for Defendants proposed several edits to the proposed settlement agreement. I incorporated those and forwarded a revised draft to opposing counsel later that day. My understanding was that the document would promptly be submitted to opposing counsel's clients for approval. I have not

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2012

**SCHLANGER & SCHLANGER, LLP**
ATTORNEYS AT LAW

received any response since that time. Moreover, I have not received any comment on the other settlement documents (*i.e.*, the proposed class notice, proposed interim order, and proposed final order) since forwarding them to Defendants' counsel on June 11th.

I spoke with counsel for Defendant, Mr. Arleo, earlier today. Mr. Arleo indicated that his clients have had some difficulty compiling the list of class members but stated that he is confident that Defendants can provide all necessary documents as well as any edits, which are anticipated to be minor, by the end of the week.

In light of the situation described above, Plaintiff, with Defendants' consent, respectfully requests that the Court extend the deadline for filing of all settlement documents one last time to August 3, 2012.

Plaintiff further respectfully requests that the Court schedule a telephone conference for early August, such that – in the event that Defendants have not acted diligently to provide all necessary documents well prior to this thrice-extended deadline – Plaintiff may have the Court's assistance in identifying any issues impeding finalization of settlement, and in setting out consequences for any party that does not act diligently and in good faith to immediately take all necessary steps.

Respectfully,

Daniel A. Schlanger

cc:   Robert Arleo, Esq. (Counsel for Defendants)
      James Fishman, Esq. (Co-Counsel for Plaintiff)