UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Case No. 11-cv-09625

Hermelina De La Paz, on behalf of herself
and all others similarly situated,

                Plaintiff

    -against-                              NOTICE OF CHANGE OF
                                                  LAW OFFICE ADDRESS

Rubin & Rothman, LLC and Keith Rothman,
Esq.,

               Defendants

---------------------------------------------------------x

TO: CLERK OF THE COURT:

   PLEASE TAKE NOTICE that the undersigned counsel for the Defendants has relocated his law office from 164 Sunset Park Road Haines Falls, New York 12436 to 380 Lexington Avenue, 17th Floor, New York, New York 10004.

DATED: New York, New York
             August 18, 2012

                                                      / s / *Robert L. Arleo*
                                                      ROBERT L. ARLEO, ESQ.
                                                      Attorney for the Plaintiff
                                                      380 Lexington Avenue
                                                      17th Floor
                                                      New York, New York 10168
                                                      (212) 551-1115