UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Case No. 11-cv-09625

Hermelina De La Paz, on behalf of herself
and all others similarly situated,


                         Plaintiff

           -against-


Rubin & Rothman, LLC and Keith Rothman,
Esq.,


                         Defendants

---------------------------------------------------------x

**NOTICE OF MOTION**

TO THE CLERK OF THE COURT:

   Please take notice that, pursuant to the Order of the Honorable Edgardo Ramos, entered on October 12, 2012, the Defendants named in the above-entitled action move this Court pursuant to Fed. R. Civ. P. 12(c) for an Order granting to the Defendants judgment on the pleadings and dismissing the Complaint in its entirety. The Defendants will rely upon the Complaint filed in the above-entitled action together with the Memorandum of Law submitted herewith.

DATED: November 18, 2012

                                        / s / *Robert L. Arleo*
                                        ROBERT L. ARLEO, ESQ.
                                        Attorney for the Defendant
                                        380 Lexington Avenue, 17th Fl.
                                        New York, New York  10168
                                        (212) 551-1115
                                        Email: r.arleo@verizon.net