UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x   Case No. 11-cv-09625 (ER)

Hermelina De La Paz, on behalf of herself
and all others similarly situated,

                        Plaintiff

    -against-                           NOTICE OF WITHDRAWAL
                                                      OF MOTION

Rubin & Rothman, LLC and Keith Rothman,
Esq.,

                        Defendants

--------------------------------------------------------x

    Defendants, RUBIN & ROTHMAN, LLC and KETIH ROTHMAN, ESQ. ("Defendants"), by their attorney ROBERT L. ARLEO, ESQ., hereby withdraw their motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), filed on November 18, 2012 (Dkt. No. 21), and the Memorandum of Law in support thereof (Dkt. No. 22).

DATED: New York, New York
           February 3, 2013

                                          / s / *Robert L. Arleo*
                                          ROBERT L. ARLEO, ESQ.
                                          (RA 7506)
                                          Attorney for the Defendants
                                          380 Lexington Avenue
                                          17th Fl.
                                          New York, New York 10168
                                          (212) 551-1115

TO:  Schlanger & Schlanger, LLP
     9 East 40th Street, Ste. 1300
     New York, New York   10016

     Fishman & Mallon, LLP
     305 Broadway, Ste. 900
     New York, New York   10007