**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x   Case No. 11-cv-09625 (ER)

Hermelina De La Paz, on behalf of herself
and all others similarly situated,

        Plaintiff

   -against-                            NOTICE OF WITHDRAWAL
                                        OF MOTION

Rubin & Rothman, LLC and Keith Rothman,
Esq.,

        Defendants
--------------------------------------------------------x

Defendants, RUBIN & ROTHMAN, LLC and KETIH ROTHMAN, ESQ. ("Defendants"), by their attorney ROBERT L. ARLEO, ESQ., hereby withdraw their motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), filed on November 18, 2012 (Dkt. No. 21), and the Memorandum of Law in support thereof (Dkt. No. 22).

DATED: New York, New York
          February 3, 2013

/s/ *Robert L. Arleo*
ROBERT L. ARLEO, ESQ.
(RA 7506)
Attorney for the Defendants
380 Lexington Avenue
17th Fl.
New York, New York 10168
(212) 551-1115

*The clerk of the Court is respectfully directed to terminate the motion. Doc. 21*

*So Ordered:* [signature]
                Feb. 11, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/13