# FISHMAN & MALLON, LLP
### ATTORNEYS AT LAW

305 BROADWAY
SUITE 900
NEW YORK, NY 10007-1187

(212) 897-5840
Telecopier: (212) 897-5841
Web pages:
www.nyctenantslaw.com
www.consumeratty.net
www.MyFairCredit.com

James B. Fishman
ᐃKevin Mallon

*Susan K. Crumiller
†Jennifer M. Addonizio
Mika Dashman

ᐃAlso admitted in CA
*Also admitted in NJ
†Also admitted in MA

Laurence H. Pearson
Of Counsel

Rhode Al Khani
Office Manager

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 3/28/13

March 26, 2013

Hon. George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

Re: **Paz v. Rubin & Rothman**
11-cv-9625

APPLICATION GRANTED
SO ORDERED:
GEORGE A. YANTHIS, USMJ
3/28/13

Dear Judge Yanthis,

I am co-counsel with Daniel A. Schlanger, attorney for the plaintiff in this action. I am writing pursuant to the Court's oral directive made at the March 18, 2013 telephone conference with counsel for the parties with respect to the timing of the plaintiff's fee application.

It is the plaintiffs' contention that their fee application should be resolved before a settlement notice goes out to the class and before the fairness hearing takes place so that the class members are given a full opportunity to consider and review the proposed settlement. The plaintiff wishes to avoid a situation where their fee application is determined after the fairness hearing on the substantive terms of the settlement as that could require new notice to the class and a second fairness hearing.

Hon. George A. Yanthis
United States Magistrate Judge
Southern District of New York
March 26, 2013
Page two

    Re: *Paz v. Rubin & Rothman*
       11-cv-9625

The dictates of judicial economy and avoiding needless time and expense strongly suggest that the fee application is decided in advance of class notice and the fairness hearing.

Accordingly, the plaintiffs propose submitting their fee application with the motion for preliminary approval of the settlement, the terms of which have been agreed to in principal by the parties.

Respectfully submitted,

JAMES B. FISHMAN

cc: Robert Arleo (via email)

# FISHMAN & MALLON, LLP
## ATTORNEYS AT LAW

305 BROADWAY
SUITE 900
NEW YORK, NY 10007-1187

(212) 897-5840
Telecopier: (212) 897-5841
Web pages:
www.tenantslaw.net
www.consumeratty.net
www.MyFairCredit.com

James B. Fishman
ᐃKevin Mallon

*Susan K. Crumiller
†Jennifer M. Addonizio

ᐃAlso admitted in CA
*Also admitted in NJ
†Also admitted in MA

Laurence H. Pearson
Of Counsel

Luna Bloom
Law Graduate

Rhode Al Khani
Office Manager

## FAX TRANSMITTAL

TO: Hon. George A. Yanthis

FAX: (914) 390-4095

DATE: 3/26/13

FROM: James B. Fishman

RE: Paz v. Rubin & Rothman / 11-cv-9625

This transmittal consists of 3 page(s) including this cover sheet.

To The Recipient:

This transmission may contain sensitive and/or privileged information. The sender does not waive any privilege or confidentiality in the event of an inadvertent transmission to an unauthorized recipient. In the event of such a transmission, kindly contact the sender to arrange for retrieval.

MESSAGE: