# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

**MEMO ENDORSED**



9 EAST 40TH STREET
NEW YORK, NEW YORK 10016
TEL: 914-946-1981  FAX: 914-946-2930
DANIELSCHLANGER@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

RECEIVED
APR 01 2013
CHAMBERS OF
GEORGE A. YANTHIS
U.S.M.J.

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.*
  *ADMITTED IN NY & MA

**WESTCHESTER OFFICE**
343 Manville Road
Pleasantville, NY 10570



March 29, 2013

**VIA FAX (914-390-4095)**

Hon. George A. Yanthis
United States District Court, S.D.N.Y.
300 Quarropas St.
White Plains, NY 10601-4150

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/2/13

    Re:    Paz v. Rubin & Rothman, LLC, et al.
    Index:  11-cv-9625
    Our File:  30935

Your Honor:

    I, along with James Fishman, Esq. of Fishman & Mallon, LLP, represent Plaintiff in the above referenced FDCPA class action. As your Honor is aware, the parties have settled this matter in principle per the terms set forth in my letter to the Court dated 3/6/13.

    Per that agreement the proposed settlement agreement and other settlement documents (*i.e.*, the motion for preliminary approval, the memorandum of law in support, etc.) are to be submitted on 4/1/13. Per the Court's recent order, dated 3/28/13, Plaintiff's fee application is to be submitted at the same time as the motion for preliminary approval.

    The parties jointly request that the deadline for all of these submissions be extended to 4/15/13. There has been no prior extension of any of these deadlines.

Respectfully,

Daniel A. Schlanger

cc:    Robert Arleo, Esq. (Counsel for Defendants)
        James Fishman, Esq. (Co-Counsel for Plaintiff)

4/2/13

**APPLICATION GRANTED**
SO ORDERED:
GEORGE A. YANTHIS, USMJ