UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x   Case No. 11-cv-09625(ER)(GAY)

Hermelina De La Paz, on behalf of herself
and all others similarly situated,

                           Plaintiff                ATTORNEY AFFIRMATION

    -against-

Rubin & Rothman, LLC and Keith Rothman,
Esq.,

                         Defendants

--------------------------------------------------------x

    ROBERT L. ARLEO, an attorney duly admitted to practice law in the State of New York and in the United States District Court for the Southern District of New York, hereby affirms the underlying to be true under the penalties of perjury.

        1. I am a counsel of record for the Defendants named in the above-entitled action.

        2. In submit the herein affirmation in conjunction with the Defendants' opposition to the Plaintiff's motion for attorneys' fees and costs.

3. Attached hereto as Exhibit "A" is a true and correct copy of the notice of class settlement in matter of *Tito v. Rubin & Rothman, LLC and Keith Rothman*, 12-cv-03464 (E.D.N.Y.).

4. Attached hereto as Exhibit "B" is a true and correct copy of the Schlanger & Schlanger billing records relative to the matter of *Capital One Auto Finance, Inc. v. Hermaline de la Paz*, Index No. 31114-10, Supreme Court of the State of New York, Westchester County.

5. Attached hereto as Exhibit "C" is a true and correct copy of the class settlement agreement in the matter of *Massey v. On-Site Manager, Inc.,* 11-cv-2612 (E.D.N.Y.).

6. Attached hereto as Exhibit "D" is a true and correct copy of the class settlement agreement in the matter of *Tito v. Rubin & Rothman, LLC and Keith Rothman*, 12-cv-03464 (E.D.N.Y.).

7. Attached hereto as Exhibit "E" is a true and correct copy of the correspondence dated July 31, 2012 from attorney Daniel Schlanger to District Judge Edgardo Ramos.

8. Attached hereto as Exhibit "F" is a true and correct copy of the decision and order dated January 27, 2011 in the matter of *Jim Beam Brands Co. v. Tequila Cuervo La Rojena S.A. DE C.V.*, Index No. 600122/08 (Sup. Ct. N.Y. County).

9. Attached hereto as Exhibit "G" is a true and correct copy of the Complaint filed in the matter of *Tito v. Rubin & Rothman, LLC and Keith Rothman*, 12-cv-03464 (E.D.N.Y.).

10. Attached hereto as Exhibit "H" is a true and correct copy of a portion of the website maintained by the law firm of Schlanger & Schlanger, LLP.

11. Attached hereto as Exhibit "I" is a true and correct copy of the correspondence dated April 17, 2013 from attorney Daniel Schlanger to District Judge Edgardo Ramos.

DATED: New York, New York
       May 31, 2013

                                              / s / *Robert L. Arleo*
                                              ROBERT L. ARLEO

Case 7:11-cv-09625-ER-GAY   Document 49   Filed 06/03/13   Page 4 of 4