

MEMO ENDORSED

**ROBERT L. ARLEO, ESQ.**
380 Lexington Avenue
17th Floor
New York, New York ,10168



RECEIVED MAY 20 2013 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.

email: r.arleo@verizon.net

Telephone: 212-551-1115
Fax:          518-751-1801

May 20, 2013

Hon. George A. Yanthis
Magistrate Judge
United States District Court
Southern District of New York
300 Quaroppas Street
White Plains, New York  10601-4150
via facsimile to: (914) 390-4095

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/31/13

Re: de la Paz v. Rubin & Rothman, LLC
    11-cv-9625

Dear Magistrate Judge Yanthis:

   I am corresponding in regard to the correspondence dated today, May 20, 2013 from Plaintiff's counsel Daniel Schlanger to Your Honor. Mr. Schlanger sets forth therein numerous misstatements. I respectfully request permission to file a one page reply thereto.

Respectfully submitted,

/ s / Robert L. Arleo

Robert L. Arleo

RLA:gra
cc: Daniel Schlanger, Esq. via personal email
    James Fishman, Esq.   via personal email

*Application denied.*
*George A. Yanthis, USMJ  5/31/13*